IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHANNON DOBBS                                                                          PLAINTIFF

V.                              CASE NO. 3:16-CV-181-BD

NANCY BERRYHILL,
Acting Commissioner,
Social Security Administration                                                         DEFENDANT

## JUDGMENT

In accordance with the Order entered in this case, Judgment is hereby rendered in favor of Nancy Berryhill, Acting Commissioner of the Social Security Administration, and against Plaintiff Shannon Dobbs.

DATED this 11th day of April, 2017.

_____
UNITED STATES MAGISTRATE JUDGE